# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

November 30, 2017

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO    Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2017**

SEAN F. McAVOY, CLERK

Honorable John T. Rodgers
United States Magistrate Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, WA  99210

      **RE:** KINARD, Odell Jr.
      **Docket No.:** 2:17CR00101-WFN-23
      **Request to Modify Condition of Pretrial**
      **Release Supervision**

Dear Judge Rodgers:

On July 21, 2017, Mr. Kinard appeared before Your Honor for the purpose of an initial appearance and detention hearing.  The government filed a motion for detention.  Subsequently, the Court denied the government's motion for detention and ordered Mr. Kinard to be released under conditions of pretrial release supervision.  The government requested Mr. Kinard's release date be stayed pending appeal before the Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, which was granted by the Court.

On July 24, 2017, Mr. Kinard appeared before the Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, for the purpose of a bail review hearing.  The Court denied the government's appeal of the release order and Mr. Kinard was released under conditions of pretrial release supervision.

On August 25, 2017, the undersigned officer submitted a violation report alleging Mr. Kinard tested positive for the presence of marijuana on July 26, 2017.  Upon this officer's recommendation, the Court took no action as the positive result may have been residual from marijuana use that occurred prior to Mr. Kinard being placed on pretrial release supervision.

Mr. Kinard's next scheduled Court appearance is on February 13, 2018.

The purpose of this letter is to request a modification of Mr. Kinard's conditions of pretrial release supervision.

Currently, special condition #28 requires Mr. Kinard to be subjected to GPS monitoring. Mr. Kinard has maintained regular contact with the undersigned officer and has complied with the conditions of pretrial release supervision. Therefore, the undersigned officer believes GPS monitoring is no longer necessary to assure safety to the community or risk of nonappearance.

The undersigned officer contacted the assistant U.S. attorney and defense counsel. Neither party objects to the removal of special condition #28.

Based on the information contained in this report, the undersigned officer respectfully recommends that special condition #28 be removed from Mr. Kinard's order of release (CM/ECF document # 441).

Should the Court have any further questions, please contact the undersigned officer.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

s/Erik Carlson                                    11/30/2017
Erik Carlson                                      Date
U.S. Probation Officer

Approved By:

s/Tommy Rosser                 11/30/2017
Tommy Rosser                   Date
Supervisory U.S. Probation Officer

[X]   Court orders the removal of special condition #28
[ ]   Court denies the modification request
[ ]   Other

_____
Signature of Judicial Officer

December 1, 2017
Date