# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Kinard Jr., Odell | Docket No. | 2:17CR00101-WFN-23 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Odell Kinard Jr., who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 21st day of July 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Odell Kinard, Jr. is alleged to have tested positive for the presence of marijuana on August 13, 2018.

On July 25, 2017, the conditions of pretrial release supervision were reviewed with Mr. Kinard. He acknowledged an understanding of his conditions, which included condition number 9.

On August 13, 2018, Mr. Kinard reported to the U.S. Probation Office and provided a urine sample that tested presumptively positive for the presence of marijuana. Mr. Kinard signed a substance abuse admission form acknowledging he ingested marijuana approximately 1 week prior.

The urine sample was sent to Alere Toxicology (Alere) for further analysis.

On August 20, 2018, Alere confirmed the aforementioned urine sample tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on: August 22, 2018 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Kinard Jr., Odell
August 22, 2018
Page 2

THE COURT ORDERS
[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

August 23, 2018
Date